# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel Carter,<br><br>    Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated,<br><br>    Defendant. | No. CV-16-00657-PHX-ROS<br><br>**ORDER** |

Pursuant to the parties' stipulation of dismissal (Doc. 17) and good cause appearing,

**IT IS ORDERED** this action is dismissed with prejudice, the parties to bear their own attorneys' fees and costs.

Dated this 6th day of July, 2016.

Honorable Roslyn O. Silver
Senior United States District Judge